IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

KIMBERLY J. SCOGGINS,

    Plaintiff,

  v.

FLOYD HEALTHCARE
MANAGEMENT, INC., DR. KEVIN
HARDWELL, KURT STUENKEL,
DR. JOSEPH BIUSO, and DR. LEE
BOULDIN,

    Defendants.

CIVIL ACTION FILE NO.

4:14-CV-0274-HLM-WEJ

## **ORDER**

This matter is before the Court on the Supplemental Reply Brief in Support of Defendant Floyd Heathcare Management, Inc.'s and Defendant Kurt Stuenkel's Motion for Summary Judgment [255].

Pursuant to Local Rule 56.1.A, "the parties shall not be permitted to file supplemental briefs and materials, with the exception of a reply by the movant, except upon order of the court." N.D. Ga. Civ. R. 56.1.A. Accordingly, the Court **STRIKES** the Supplemental Reply Brief [255] as improvidently filed.

**SO ORDERED**, this 10th day of June, 2016.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2